No. D–1216. IN RE DISBARMENT OF HAYES. It is ordered that Fredric G. Hayes, of Lafayette, La., be suspended from the practice of law in this Court and that a rule issue, returnable

within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.